WILLIAMS & BURGHART V. FRICK.

1. **Practice**: JUDGMENT ON SPECIAL VERDICT: ERROR CURED. Error, if any, in overruling a motion for judgment on a special verdict, notwithstanding the general verdict, is cured by afterwards sustaining a motion by the same party to set aside the general verdict and for a new trial.

*Appeal from Harrison Circuit Court.*

MONDAY, MARCH 14.

The facts are stated in the opinion.

*L. Brown,* for appellant.

*F. M. Dance* and *Dewell & McGavern,* for appellee.

SEEVERS, J.—There was a general and special verdict. They were inconsistent, and the defendant, in substance, moved the court to set aside the general verdict, and render judgment in his favor on the special findings. This motion was overruled, and the defendant excepted. For the purposes of the case, it will be conceded that the court erred in so ruling. Afterwards the defendant moved the court to set aside the general verdict, and for a new trial. This motion was sustained.

The error assigned and relied on is that the court erred in overruling the first motion. Conceding this, we think the defendant waived the error by moving to set aside the general verdict, asking a new trial, and obtaining it.

AFFIRMED.